**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROBERTA BURKE, on Behalf of Herself**
**and all other similarly situated,**

   **Plaintiff,**

**v.**                                     **Case No. 8:18-CV-728T17TEW**

**CREDIT ONE BANK, NA, and FIRST**
**CONTACT, LLC**

   **Defendant.**

_____/

## FIRST CONTACT, LLC'S MOTION TO JOIN CREDIT ONE BANK'S MOTION TO DISMISS

COMES NOW, First Contact, LLC ("First Contact"), by and through the undersigned counsel, and hereby moves to join in Credit One Bank's Motion to Dismiss (Motion to Dismiss"), filed with this Court on May 14, 2018, and adopts the same as though fully set forth herein. In support of its motion, First Contact states as follows:

On March 27, 2018, plaintiff Roberta Burke ("Burke" or "Plaintiff") filed her Complaint in this matter, including class-wide allegations. The Complaint names First Contact and Credit One as Defendants and the allegations in the Complaint are intertwined as to both Defendants (the allegations involve the same set of alleged phone calls to Plaintiff). Burke's allegations, including the class-wide allegations, are facially deficient and should be dismissed by this Court. First Contact joins in the Motion to Dismiss filed by Credit One rather than filing its own separate motion, including joining in Credit One's request for dismissal/striking of the class-wide allegations (including application of the arguments to the proposed First Contact TCPA

31642184 v1

Class and Wrong Number Sub-Class), dismissal/striking of Plaintiff's claim for injunctive relief and dismissal/striking of Plaintiff's claim for attorneys' fees and litigation expenses.

In light of the foregoing, First Contact respectfully requests this Court grant the Motion to Dismiss and such other relief this Court deems necessary and appropriate.

/s/ Jacqueline Simms-Petredis
R. Frank Springfield, Esq.
Florida Bar No. 10871
fspringfield@burr.com
Jacqueline Simms-Petredis, Esquire
Florida Bar No. 0906751
Email: jsimms-petredis@burr.com
Secondary Email: dmorales@burr.com
**BURR & FORMAN LLP**
One Tampa City Center, Suite 3200
201 North Franklin Street
Tampa, FL  33602
Telephone: 813-221-2626
Facsimile: 813-221-7335

*Attorneys for First Contact, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Geoffrey Parmer, Esquire
William Peerce Howard, Esquire
The Consumer Protection Firm, PLLC
4030 Henderson Blvd
Tampa, FL 33629
Geoff@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com

/s/ Jacqueline Simms-Petredis
Jacqueline Simms-Petredis

31642184 v1                                             2