UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERTA BURKE,

    Plaintiff,

v.                                          CASE No. 8:18-cv-728-T-17TGW

CREDIT ONE BANK, N.A., and
FIRST CONTACT, LLC,

    Defendants.
_____

## ORDER

THIS CAUSE came on for consideration upon the plaintiff's Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (Doc. 33). The applicant, Theodore H. Kuyper, has designated local counsel pursuant to Local Rule 2.02, has submitted the required filing fee, and certifies that he will comply with the email registration requirement of Local Rule 2.01(d).

It is, therefore, upon consideration,

ORDERED:

That the plaintiff's Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic

Filing (Doc. 33) be, and the same is hereby, **GRANTED**.

DONE and ORDERED at Tampa, Florida, this 28th day of June, 2018.

*[signature: Thomas G. Wilson]*

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE