UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERTA BURKE,

    Plaintiff,

v.

                                            CASE NO.: 8:18-cv-728-T-17TGW

CREDIT ONE BANK, N.A., and FIRST
CONTACT, LLC,

    Defendants.

_____/

**NOTICE OF PENDING SETTLEMENT**

    Plaintiff, ROBERTA BURKE, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, ROBERTA BURKE, and Defendants, CREDIT ONE BANK, N.A., and FIRST CONTACT, LLC, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on December 2, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, who will send a notice of electronic filing to all counsel of record.

                                                                Respectfully submitted,

                                                                */s/ William "Billy" Peerce Howard*
                                                                 William "Billy" Peerce Howard, Esq.
                                                                 Florida Bar No. 0103330
                                                                 THE CONSUMER PROTECTION FIRM, PLLC
                                                                 4030 Henderson Boulevard
                                                                 Tampa, FL 33629
                                                                 Telephone: (813) 500-1500
                                                                 Facsimile: (813) 435-2369
                                                                Billy@TheConsumerProtectionFirm.com

                                                                Keith J. Keogh, Esquire

Florida Bar No. 0126335
KEOGH LAW, LTD
55 W. Monroe St, Suite 3390
Chicago, IL 60603
312-726-1092
312-726-1093 (fax)
kkeogh@KeoghLaw.com

*Attorneys for Plaintiff*