UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERTA BURKE,**

    **Plaintiff,**

v.                                       CASE NO.: 8:18-cv-728-T-60TGW

**CREDIT ONE BANK, N.A. and FIRST CONTACT LLC.,**

    **Defendants.**

_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Roberta Burke, and Defendants, Credit One Bank, N.A. and First Contact LLC, by and through their respective undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, with each side bearing its own fees and costs.

Dated this 8th day of January, 2020.

| | |
|---|---|
| */s/ William "Billy" Peerce Howard* | */s/ Keith J. Keogh* |
| William "Billy" Peerce Howard, Esq. | Keith J. Keogh, Esquire |
| Florida Bar No. 0103330 | Florida Bar No. 0126335 |
| THE CONSUMER PROTECTION FIRM, PLLC | KEOGH LAW, LTD |
| 4030 Henderson Blvd. | 55 W. Monroe St, Suite 3390 |
| Tampa, FL 33629 | Chicago, IL 60603 |
| Telephone: (813) 500-1500, ext. 205 | 312-726-1092 |
| Facsimile: (813) 435-2369 | 312-726-1093 (fax) |
| Heather@TheConsumerProtectionFirm.com | Keith@KeoghLaw.com |
| Billy@TheConsumerProtectionFirm.com | *Attorneys for Plaintiff* |
| *Attorney for Plaintiff* | |

/s/ *Dayle M. Van Hoose*
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
Ashley Wydro, Esq.
Florida Bar No. 0106605
Sessions, Fishman, Nathan & Israel, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2463
Facsimile: (877) 334-0661
dvanhoose@sessions.legal
awydro@sessions.legal
Becca Wahlquist (*Pro hac vice*)
Email: bwahlquist@swlaw.com
Snell & Wilmer L.L.P.
350 S. Grand Avenue, Suite 3100
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525
*Attorneys for Defendant*
*Credit One Bank, N.A.*

/s/ *Jacqueline Simms-Petredis*
Jacqueline Simms-Petredis, Esq.
Florida Bar No. 0906751
E-mail: jsimms-petredis@burr.com
dmorales@burr.com; anolting@burr.com
R. Frank Springfield, Esq.
Florida Bar No. 0010871
E-mail: fspringf@burr.com
sthompson@burr.com; sfoshee@burr.com
Ryan J. Hebson, Esq. (Admitted PHV)
E-mail: rhebson@burr.com
BURR & FORMAN LLP
201 N. Franklin Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 221-2626
Facsimile: (813) 221-7335
Attorneys for Defendant,
First Contact LLC

## **CERTIFICATE OF SERVICE**

I certify that on this 8th day of January, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

/s/ William "Billy" Peerce Howard
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330